## State of Connecticut *v.* Anonymous

*Gerard A. Smyth,* assistant public defender, in support of the petition.

*Irving L. Aronson,* deputy assistant state's attorney, in opposition.

Submitted April 14—decided April 18, 1979

## Jean T. Robinson *v.* Employment Security Board of Review et al.

The petition by the defendant W. Whitney Stueck, Inc., for certification for appeal from the Superior Court in the judicial district of Middlesex at Middletown is granted by the court.

*Paul E. Knag,* in support of the petition.

*Donald E. Wasik,* assistant attorney general, in opposition.

Submitted April 14—decided April 18, 1979

## William P. Candelori et al. *v.* New Britain Board of Education et al.

The defendants' petition for certification for appeal from the Appellate Session of the Superior Court is granted.

*Russell Lee Post, Jr.,* in support of the petition.

*John M. Gesmonde,* in opposition.